# EXHIBIT A

Case 1:17-cv-07769-VSB   Document 1-1   Filed 10/10/17   Page 1 of 2

