# EXHIBIT B

SiriusXM — Get back to rockin' as you roll. 6 Months for $30. Get it now >>

# International Business Times

Movies | Celebrity | TV | Music | WWE

★ UK | World | Business | Politics | Fintech | Technology | Science | Sport | Entertainment | Opinion | Video | Pictures | Newsletter Signup

Entertainment | TV

## What's on TV this weekend: England v France rugby, The Night Manager, Michael Jackson documentary and more

By Lucia Binding
March 19, 2016 09:00 GMT



IBT VIDEO

Remember Ace from Gladiators? He's now a choir leader after finding God



Michael Jackson and Stevie Wonder at the Motown Studios, 1974. Michael Jackson's Journey from Motown to Off The Wall airs at 9pm on BBC2 (Famous Memories/Twitter)



ONLY YOU CAN PREVENT WILDFIRES. LEARN MORE » Why advertise with us

COLUMNISTS



Daniel Hannan

❝ Why you should be optimistic about Brexit

It's finally the weekend. Hurrah! You can kick off your shoes and relax after a long gruelling week at work – all topped off with one too many Friday night drinks where you may or may not have sat on a road cone thinking it was a stool in front of your colleagues. Either way, you can settle in for the next 48 hours and soak up some of our top TV highlights. Get at least three crates of popcorn and dare to leave the sofa...

### SATURDAY